# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDIE P. CHU,<br><br>    Plaintiff,<br><br>    vs.<br><br>PATRICK DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | Case No.: 12-CV-2660 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently set for February 11, 2013, is **CONTINUED** to Monday, March 25, 2013 at 2:00 p.m. at the Oakland Federal Courthouse, 1301 Clay Street, Oakland, in Courtroom 5.

**IT IS SO ORDERED.**

Date: January 22, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**