# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDIE P. CHU,**<br><br>    Plaintiff,<br><br>vs.<br><br>**PATRICK DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,**<br><br>    Defendant. | Case No.: 12-CV-2660 YGR<br><br>**JUDGMENT** |

The issues in this action having been duly considered, and the Court having granted the motion for summary judgment of Defendant Patrick Donohoe in his capacity as Postmaster General of the United States Postal Service, it is **ORDERED, ADJUDGED AND DECREED THAT THE COMPLAINT OF** Plaintiff Sandie P. Chu is Dismissed With Prejudice.

Judgment is entered in favor of Defendant Patrick Donohoe in his capacity as Postmaster General of the United States Postal Service.  Plaintiff Sandie P. Chu shall take nothing by her complaint.

**IT IS SO ORDERED.**

Date: March 3, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**